USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NETSOC, LLC,

                Plaintiff,

-against-

OATH INC.,

                Defendant.
-----------------------------------------------------------X

18 CIVIL 12267 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated January 24, 2020, Oath's motion to dismiss is granted on collateral estoppel grounds; accordingly, the case is closed.

**Dated:** New York, New York
          January 27, 2020

                                                  RUBY J. KRAJICK

                                                  Clerk of Court

BY:

                                                  Deputy Clerk